REQUIRED BY *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011).

Briefs will be filed under Rule 25.

No. 12–0073/MC. U.S. v. Mark A. Leubecker. CCA 201100091. Review granted on the following issue:

WHETHER THE LOWER COURT MISAPPLIED *UNITED STATES v. FOSLER* AND *UNITED STATES v. WATKINS*, IN FINDING THAT, DESPITE FAILING TO EXPRESSLY ALLEGE THE TERMINAL ELEMENT, THE ARTICLE 134 SPECIFICATIONS STATE AN OFFENSE.

Briefs will be filed under Rule 25.

No. 12–0099/AR. U.S. v. Matthew J. McClain. CCA 20090446. Review granted on the following issue:

WHETHER THE EVIDENCE IS LEGALLY SUFFICIENT TO SUPPORT APPELLANT'S CONVICTION OF POSSESSING CHILD PORNOGRAPHY.

Briefs will be filed under Rule 25.

No. 12–0131/AR. U.S. v. Robert L. Murchison. CCA 20101052. Review granted on the following issue:

WHETHER THE SPECIFICATION OF ADDITIONAL CHARGE II FAILS TO STATE AN OFFENSE AS IT DOES NOT ALLEGE, EXPRESSLY OR BY NECESSARY IMPLICATION, THE 'TERMINAL ELEMENT' AS REQUIRED BY *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011).

Briefs will be filed under Rule 25.

